IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PARKER,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES E. TILTON, Acting Secretary,<br>California Department of Corrections and<br>Rehabilitation,<br><br>    Respondent.<br>_____/ | No. C 00-04064 WHA<br><br>**ORDER SETTING MOTION SCHEDULE** |

       Any motion for appointment of an additional lawyer for petitioner Eric Parker is due August 11, 2006. Any opposition to the motion is due August 18, 2006. Any reply is due August 25, 2006. The motion will be heard at 8 a.m., Thursday, August 31, 2006.

**IT IS SO ORDERED.**

Dated: July 28, 2006

                                                    WILLIAM ALSUP<br>
                                                   UNITED STATES DISTRICT JUDGE