IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC PARKER,

    Petitioner,

  v.

JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation,

    Respondent.

No. C 00-04064 WHA

**ORDER VACATING HEARING**

The hearing on the motion for appointment of counsel, currently set for Thursday, August 31, 2006, is **VACATED**. The hearing dates on November 8 and November 15–17, 2006, are firm.

**IT IS SO ORDERED.**

Dated: August 30, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE