IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC ANTHONY PARKER,

    Petitioner,

    v.

JAMES E. TILTON, Acting Secretary,
California Department of Corrections and
Rehabilitation,

    Respondent.
                              /

No. C 00-04064 WHA

**ORDER RE: OBJECTIONS TO SANDBACH DEPOSITION**

After reviewing counsel's objections in the Sandbach deposition taken November 1, 2006, and made part of the trial record, this Court orders as follows:

1. 15:19–22    Objection overruled. Evidence admissible for limited purpose of showing information available to the witness and to help explain her testimony of how she would have approached the case in alternative scenarios.

2. 19:6–16    Objection overruled. Evidence admissible for purposes of considering how the district attorney would have reacted to petitioner calling Ms. Lakeisha Wade to the stand.

3. 20:6–8    Objection overruled. Evidence admissible for purposes of considering how the district attorney would have reacted to petitioner calling Ms. Lakeisha Wade to the stand.

| | | |
|---|---|---|
| 4. | 21:23–24 | Objection overruled. Not leading in this context. |
| 5. | 22:12–15 | Objection overruled. The question is in leading form but was used to succinctly summarize prior testimony and is therefore admissible. |
| 6. | 23:20–22 | Objection overruled. The answer goes to establish information then available to the witness which would have informed her available strategies if Ms. Wade had testified. |
| 7. | 24:24–25:1 | Objection overruled. The answer goes to establish information then available to the witness which would have informed her available strategies if Ms. Wade had testified. |
| 8. | 26:1–2 | Objection Overruled. The answer goes to establish information then available to the witness which would have informed her available strategies if Ms. Wade had testified. |
| 9. | 27:15–21 | Objection overruled. The answer goes to establish information then available to the witness which would have informed her available strategies if Ms. Wade had testified. |
| 10. | 30:19–20 | Objection overruled for reasons previously stated. |
| 11. | 31:8–10 | Objection Overruled. Evidence admissible to show information available to witness for alternative strategies. |
| 12. | 3:10–16 | Objection overruled. Evidence admissible to show information available to witness for alternative strategies. |
| 13. | 34:2–4 | Objection overruled. Evidence admissible to show information available to witness for alternative strategies. |
| 14. | 35:6–8 | Objection overruled. Evidence admissible to show information available to witness for alternative strategies. |
| 15. | 36:23 | Objection overruled. Not leading. |
| 16. | 40:3–4 | Objection overruled. Evidence admissible to show information available to witness for alternative strategies. |

17. 41:3–12     Objection overruled. Evidence admissible to show information available to witness for alternative strategies.

18. 43:6–7      Objection overruled. Evidence admissible to show information available to witness for alternative strategies.

19. 46:3–7      Objection overruled. Evidence admissible to show information available to witness for alternative strategies.

20. 50:24–51:1  Objection overruled. Evidence admissible to show information available to witness for alternative strategies.

21. 51:10–11    Objection overruled. Evidence admissible to show information available to witness for alternative strategies.

22. 52:19–53:1  Moot objection. This hearing does not consider the plea negotiations.

23. 55:20–22    Moot objection. This hearing does not consider the plea negotiations.

24. 56:14       Moot objection. This hearing does not consider the plea negotiations.

25. 59:9–13     Moot objection. This hearing does not consider the plea negotiations.

26. 70:22       Objection overruled.

27. 77:11       Objection overruled.

28. 78:10       Objection sustained.

29. 82:15       Objection overruled.

Dated: December 7, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

3