United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC ANTHONY PARKER,                                     No. C 00-04064 WHA

                    Petitioner,

      v.
                                                         **ORDER APPOINTING COUNSEL
                                                         ON APPEAL**
EDWARD ALAMEIDA, Jr., Director,
California Department of Corrections,

                    Respondent.
                                                   /

      Pursuant to the Criminal Justice Act, 18 U.S.C. 3006A(a)(2)(B), and Northern District

of California General Order 2, and having considered the Application of Petitioner Eric Parker,

and all of the documents on file in this matter, and finding good cause therefor, the Court

hereby orders that attorney A.J. Kutchins be, and hereby is, appointed as counsel for petitioner

in regard to the pending appeal of the matter captioned above.


      **IT IS SO ORDERED.**


Dated:  December 22, 2006

                                                   WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE